IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 01-50304
USDC No. EP-94-CV-15-H

WALLACE A. HOWARD, JR.,

            Petitioner-Appellant,

versus

GARY L. JOHNSON, Director, Texas
Department of Criminal Justice,
Institutional Division,

            Respondent-Appellee.

Appeal from the United States District Court
for the Western District of Texas

Before POLITZ, JONES, and BARKSDALE, Circuit Judges.

BY THE COURT:

  This court must examine the basis of its jurisdiction on its own motion if necessary. Mosley v. Cozby, 813 F.2d 659, 660 (5th Cir. 1987). In this habeas corpus case in which a final judgment denying the writ was entered in 1997, the petitioner filed in the district court a "motion for leave for issuance of certificate of probable cause to appeal," which was transmitted to this court as a notice of appeal. Insofar as the petitioner seeks to appeal the district court's April 14, 1997, judgment denying the writ, the appeal is duplicative. The petitioner appealed that judgment, and this court denied a certificate of probable cause to appeal (No. 97-50280). Moreover, we do not treat the notice of appeal as a motion requesting authorization to file a second or successive

01-50304
- 2 -

habeas corpus petition because such a motion must be filed in this court, and it must be in compliance with the requirements of 28 U.S.C. § 2244(b).

APPEAL DISMISSED.

A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit

By /s/ Deputy

New Orleans, Louisiana   MAY 0 8 2001